KENNETH S. GAINES, ESQ. SBN 049045
DANIEL F. GAINES, ESQ. SBN 251488
ALEX P. KATOFSKY, ESQ. SBN 202754
**GAINES & GAINES, APLC**
21550 Oxnard Street, Suite 980
Woodland Hills, CA 91367
Telephone: (818) 703-8985
Facsimile:  (818) 703-8984

SCOTT A. MILLER, ESQ.  SBN 230322
**LAW OFFICES OF SCOTT A. MILLER, APC**
16133 Ventura Blvd., Suite 645
Encino, CA 91436
Telephone: (818) 788-8081
Facsimile:  (818) 788-8080

STEVEN L. MILLER, ESQ. SBN 106023
**STEVEN L. MILLER, APLC**
16133 Ventura Blvd., Suite 645
Encino, CA 91436
Telephone:  (818) 986-8900
Facsimile:  (818) 990-7900

Attorneys for Plaintiff Thomas Leasure, Jr., on behalf of himself and all others similarly situated, and on behalf of the general public

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS LEASURE, JR., on behalf of himself and others similarly situated, and on behalf of the general public,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ADT SECURITY SERVICES, INC., a Delaware corporation and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | CASE NO: 1:11-CV-00458-OWW - SKO<br><br>**ORDER OF DISMISSAL** |

1  Upon the Stipulation of the parties pursuant to Rule 41(a)(1) of the Federal
2  Rules of Civil Procedure, the Court hereby dismisses this action WITH PREJUDICE.
3  No Class was ever certified. Each side to bear its own costs and fees.

5  **IT IS SO ORDERED.**

8  Dated: August 11, 2011          /s/ OLIVER W. WANGER
                                    HONORABLE OLIVER W. WANGER
9                                   UNITED STATES DISTRICT JUDGE